**UNITED STATES of America,**
**Appellee,**

v.

**Antonio Joe VALADEZ, Appellant.**

No. 03–1291.

United States Court of Appeals,
Eighth Circuit.

Submitted March 28, 2003.

Decided April 7, 2003.

---

Before McMILLIAN, FAGG, and WOLLMAN, Circuit Judges.

PER CURIAM.

Antonio Joe Valadez pleaded guilty to conspiracy to distribute and possession with intent to distribute methamphetamine and possession of a firearm during a drug-trafficking offense. On appeal, Valadez's counsel has filed a brief and requested permission to withdraw under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Although we granted Valadez permission to file a supplemental brief, he has not done so.

After reviewing counsel's *Anders* brief, along with our independent review of the record in accordance with *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we affirm the district court,* and we also grant counsel's request to withdraw.

A true copy.

---

\* The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.